**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

| Document Number | Document Description | Pages | Document Error |
|---|---|---|---|
| Document | Main document | 3 | **DOCUMENT COULD NOT BE RETRIEVED! However, it may still be viewable individually.** |

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULES C

## SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-MCS-2203
Owner: Oscar Garza, et al.
Acres: 4.56

As identified in the Warranty Deed with Vendor's Lien, Document #: 2013-2432334, recorded on July 19, 2013 in the deed records of Hidalgo County:

A 4.56-acre tract of land in the Southern part of Porciones 55 and 56, Hidalgo County, Texas, sometimes described as Lots 8, 9 and 10, Riverside Subdivision "A", Hidalgo County, Texas, as per map or plat thereof described in and attached to an affidavit of H.H. EWING recorded in Volume 829, Page 159, Deed Records, Hidalgo County, Texas said 4.56-acre tract of land more particularly described by metes and bounds as follows:

BEGINNING at a 5/8-inch diameter iron rod found at the Northeast corner of said Lot 10 for the Northeast corner hereof;

THENCE, with the East line of said Lots 10, 9 and 8 South 24 degrees 30 minutes East 375.00 feet to the Southeast corner of said Lot 8 for the Southeast corner hereof;

THENCE, with the South line of said Lot 8, South 62 degrees 05 minutes 29 seconds West, at 25.00 feet set a ½-inch diameter iron road, at 27.20 feet pass the West right-of-way of Levee Road easement, as set forth in instrument recorded in Volume 606, Page 479, Deed Records, Hidalgo County, Texas, at 562.15 feet in all (Deed: South 61 degrees 20 minutes West 576.0 feet) to a 3-inch diameter aluminum disk found on the bank of the Rio Grande River for the Southwest corner hereof;

THENCE, with the meanders of the Rio Grande River, North 15 degrees 24 minutes 53 seconds West 382.14 feet (Deed: North 16 degrees 20 minutes West 383.8 feet) to a 3-inch diameter aluminum disk found for the Northwest corner hereof;

THENCE, with the North line of said Lot 10, North 61 degrees 56 minutes 58 seconds East, at 477.78 feet pass the West right-of-way of said Levee Road easement, at 501.78 feet in all (Deed: North 61 degrees 20 minutes East 494.0 feet) to the PLACE OF BEGINNING, containing 4.56 acres, more or less.

Tract: RGV-MCS-2203

## **SCHEDULE C**

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-MCS-2204
Owner: Oscar Garza, et al.
Acres: 2.41

As identified in the Warranty Deed, Document #: 2015-2645392, recorded on September 11, 2015, and in the General Warranty Deed, Document #: 2015-2644994, recorded on September 10, 2015, both recorded in the deed records of Hidalgo County:

Lot 7, Riverside Subdivision "A", Hidalgo County, Texas, according to the map or plat thereof described in and attached to an affidavit of H.H. Ewing, recorded in Volume 829, Page 159, Deed Records, Hidalgo County, Texas, being 2.49 acres more or less, LESS 0.08 acres for floodway Levee.

Tract: RGV-MCS-2204

# SCHEDULES D

## SCHEDULE D

## MAP or PLAT



### LAND TO BE CONDEMNED

Tract: RGV-MCS-2203
Owner: Oscar Garza, et al.
Acreage: 4.56

\* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

## SCHEDULE D



### LAND TO BE CONDEMNED

Tract: RGV-MCS-2204
Owner: Oscar Garza, et al.
Acreage: 2.41

\* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

## **SCHEDULE E**

## ESTATE TAKEN

Hidalgo County, Texas

Tracts: RGV-MCS-2203 and RGV-MCS-2204
Owner: Oscar Garza, et al.
Acres: 4.56 (RGV-MCS-2203) and 2.41 (RGV-MCS-2204) for a total of 6.97

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the lands described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE G

## **SCHEDULE G**

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Parties | Reference |
|---|---|
| **Noralinda G. Garza, as Independent Executrix for the Estate of Oscar Garza a/k/a Oscar David Garza, Jr.**<br><br>Mission, Texas 78573-0031<br>or<br><br>Mission, Texas 78574-2011<br><br><br><br><br><br>**Noralinda G. Garza**<br>**a/k/a Noralinda Gonzalez Garza**<br><br>Mission, Texas 78573-0031<br>or<br><br>Mission, Texas 78574-2011 | RGV-MCS-2203:<br>July 19, 2013 - Warranty Deed with Vendor's Lien - Document # 2013-2432334; Deed Records of Hidalgo County and Cause No. P-38032; Probate Records of Hidalgo County<br><br>RGV-MCS-2204:<br>September 11, 2015 - Warranty Deed – Document # 2015-2645392; Deed Records of Hidalgo County and Cause No. P-38032; Probate Records of Hidalgo County<br><br><br><br>RGV-MCS-2203:<br>July 19, 2013 - Warranty Deed with Vendor's Lien -Document # 2013-2432334; Deed Records of Hidalgo County<br><br><br>RGV-MCS-2204:<br>September 11, 2015 - Warranty Deed – Document # 2015-2645392; Deed Records of Hidalgo County |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
6.97 Acres of Land, More or Less, situate in Hidalgo County, Texas; and Oscar Garza, et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hidalgo
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Megan Eyes
United States Attorney's Office, SDTX, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX 78501

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | **PERSONAL PROPERTY** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 370 Other Fraud | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 371 Truth in Lending | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 380 Other Personal Property Damage | | ☐ 895 Freedom of Information Act |
| | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | |
| | | ☐ 751 Family and Medical Leave Act | | |
| | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| [X] 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1358
Brief description of cause: Land Condemnation proceeding for Right of Entry (ROE) to Survey and Conduct Testing

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND «4»
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 9/5/18
SIGNATURE OF ATTORNEY OF RECORD: *[signature: Megan Eyes]*
«5», AUSA

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____